**IT IS FURTHER ORDERED** that Defendant FirstBank of Puerto Rico's Motion to Dismiss, (Dkt. 31), is **GRANTED**. Plaintiffs' claims are **DISMISSED WITHOUT PREJUDICE**.

In their objections, Plaintiffs request leave to file an amended complaint. (Obj., Dkt. 43). However, objections to a report and recommendation are not the proper vehicle to decide whether to grant leave to amend and Plaintiffs do not include their proposed amended complaint as an attachment. Accordingly, should Plaintiffs seek leave to file an amended complaint, they may file a motion for leave on or before **October 24, 2023**.

**SIGNED** on October 11, 2023

_____
ROBERT PITMAN
UNITED STATES DISTRICT JUDGE

---

no clear error with the denial of Plaintiffs' motion. At any rate, because Plaintiffs' complaint does not establish subject-matter jurisdiction, this Court cannot order expedited discovery.